UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE: Amy Trierweiler     Case No. 15-31662-dof

                                                                                            Hon. Daniel J. Opperman

                                                                                             CHAPTER 13

_____/

<u>DEBTOR'S MOTION REQUESTING MORTGAGE MODIFICATION REVIEW</u>

     Debtor, by and through her counsel, Jesse R. Sweeney, requests entry of an order setting deadlines and other parameters for Creditor, Flagstar Bank, to respond to Debtor's request for mortgage modification, and in support state as follows:

     1.     The Debtor filed this Chapter 13 case in an attempt to retain her primary residence.

     2.     The Debtor would like to modify the terms of the mortgage encumbering her primary residence. The Debtor's household income will now allow her to contribute to a modified mortgage debt.

     3.     An order setting forth certain deadlines and other parameters will assist the parties in negotiation of a modification of the relevant mortgage.

     Wherefore, Debtor requests the entry of an order setting deadlines and other parameters for a mortgage modification, and such other relief as this Court deems just and proper.

                                                                                             Respectfully Submitted,

DATE: August 10, 2015                             <u>/s/   Jesse R. Sweeney</u>
                                                                         Jesse R. Sweeney (P60941)
                                                                         Sweeney Law Offices, P.L.L.C.
                                                                         Attorney for Debtor
                                                                         30700 Telegraph Rd. Suite 1675
                                                                         Bingham Farms, MI 48025
                                                                         (586) 909-8017
                                                                         sweeneylaw2005@gmail.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE:  Amy Trierweiler                     Case No. 15-31662-dof

                                             Hon. Daniel J. Opperman

                                             CHAPTER 13
_____/

ORDER GRANTING DEBTOR'S MOTION
REQUESTING MORTGAGE MODIFICATION REVIEW

This matter having come before the Court on Debtor's Motion Requesting Mortgage Modification Review with Creditor, Flagstar Bank, and to encourage the parties to engage in the modification process in good faith;

NOW, THEREFORE,
IT IS HEREBY ORDERED that:

1. <u>Notice of Applicable Programs.</u> Within 21 days after services of this order upon Creditor, Creditor shall supply and notify Debtor and Debtor's counsel of the Creditor's required loan modification package.

2. <u>Debtors Financial Documents.</u> Within 35 days after services of this order, Debtor shall submit to Creditor a fully complete Loan Modification Packages with all timely supporting documentation. Such exchange of information shall be through the mechanism as specified by Creditor or as otherwise agreed upon

3. <u>Creditor Request for Additional or Updated Documents.</u> Creditor and/or its counsel shall review the Loan Modification Packages submitted by Debtor and notify the Debtor and their counsel of any additional or updated financial records that must be supplied to Creditor. Debtor shall provide Creditor all required additional financial records within 10 days.

4. <u>Point of Contract.</u> Creditor shall designate a point on contact for loss mitigation purposes including phone number and/or email address. The point of contact may be Creditor's counsel.

5. <u>Status of Review.</u> Any document(s) or exchanges of information, not otherwise protected by any privilege, exchanged between the Debtor, Creditor and/or Creditor's representative counsel (as applicable) may be presented to the Court for purposes of providing a status of the loan modification review by either parties. Where the parties agree, dates and times may be established for filing a mutually prepared status report of the Court may, on ex parte request of any party or sua sponte, set status conferences at reasonable intervals to allow the parties to provide the Court with updates as to the process.

6. <u>Lack of Prosecution.</u> In the event that this case is converted under any other chapter of the Bankruptcy Code, the Debtor fails to pursue the modification with appropriate submission of the package within the above stated time frames, or if the Debtor declines an offered trial payment plan or permanent modification, this order shall become null and void unless otherwise extended by the Court.

7. <u>Court Approval of Mortgage Modification.</u> The parties shall seek any necessary Court approval to formalize any fully executed and completed modification.

8. <u>Creditor Fee.</u> If applicable, any fees and costs incurred by Creditor for all work involved in connection with the mortgage modification shall be recoverable from borrower as permitted by law.

9. <u>Debtor's counsel's fee.</u> Counsel for the Debtor is entitled to receive reasonable compensation for all work involved in connection with the mortgage modification and shall file an application for allowance of attorney fees and costs for allowance by the Court to be paid as an administrative expense.

10. <u>Confidential Communications.</u> All statements made by parties, attorneys, and other participants associated with the mortgage modification request are confidential and subject to Federal Rule of Evidence 408 and may not be construed for any purposes as an admission.

11. <u>Stay Modified to Allow Loan Modification.</u> The automatic stay is modified, to the extend necessary, to facilitate the terms pursuant to this Order.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Amy Trierweiler          Case No. 15-31662-dof

Hon. Daniel J. Opperman

CHAPTER 13

_____/

**NOTICE OF DEBTOR'S MOTION REQUESTING MORTGAGE MODIFICATION REVIEW**

    JESSE R. SWEENEY, Attorney for Debtor(s), has filed papers with the Court Requesting Modification Review.
    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the Court to award the requested relief, or if you want the court to consider your views on the Motion, within **Twenty One (21) Days** you or your attorney must:

    1. File with the court a written response or an answer, explaining your position at:
United States Bankruptcy Court
226 West Second Street
Flint, Michigan 48502

    If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must also mail a copy to:

| | |
|---|---|
| SWEENEY LAW OFFICES, P.C. | Chapter 13 Trustee |
| Jesse R. Sweeney | Carl Bekofske |
| Attorney for Debtor(s) | 400 North Saginaw Street |
| 30700 Telegraph Road, Suite 1675 | Flint, MI 48502 |
| Bingham Farms, MI 48025 | |

    2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

    **If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection, and may enter an order granting that relief.**

DATE: August 10, 2015                                          /s/ Jesse R. Sweeney
Jesse R. Sweeney (P60941)
Sweeney Law Offices, P.L.L.C.
Attorney for Debtors
30700 Telegraph Rd. Suite 1675
Bingham Farms, MI 48025
(586) 909-8017
sweeneylaw2005@gmail.com